### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMIAH RAMON HILL, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-09-1003-F |
| MIKE MULLIN, | ) |
| Respondent. | ) |

### ORDER

The Report and Recommendation of Magistrate Judge Robert E. Bacharach (doc. no. 5) recommends denying the motion to proceed *in forma pauperis*. After review, the court adopts the recommendations of the Magistrate Judge, and the motion for *in forma pauperis* status (see petitioner's financial affidavit at doc. no. 2) is hereby **DENIED**. The Report further recommends ordering payment of the $5.00 filing fee, or dismissing this action if petitioner fails to timely pay the fee. However, the court's docket sheet (doc. no. 6) now reflects payment of the filing fee by the petitioner. Accordingly, these other matters are moot. This action is referred back to the Magistrate Judge for all purposes consistent with the original referral.

Dated this 30th day of September, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-1003p002.wpd